State v. Price

STATE OF NORTH CAROLINA v. JOE LEWIS PRICE

No. 7214SC530

(Filed 2 August 1972)

APPEAL by defendant from *Cooper, Judge,* 14 January 1972 Session of Superior Court held in DURHAM County.

Defendant was convicted of possessing narcotic drugs, to wit, thirty bindles of heroin, on 18 November 1971. Judgment was entered imposing an active sentence of thirty months.

*Attorney General Robert Morgan by Richard N. League, Assistant Attorney General, for the State.*

*John E. Bugg for defendant appellant.*

VAUGHN, Judge.

Defendant was ably represented at trial and on this appeal by his court-appointed counsel. We have carefully considered the several assignments of error brought forward and find no error which requires a new trial.

No error.

Judges PARKER and GRAHAM concur.